■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO PRADO, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN ANGULO, Also Known as EFRAIN ANGELO, Appellant.—

No opinion. Concur—Sandler, J. P., Sullivan, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO SAEZ, Appellant.

No opinion. Concur—Sullivan, J. P., Carro, Asch, Kassal and Wallach, JJ.